Joseph M. Lovretovich (SBN 73403)
jml@jmlaw.com
D. Aaron Brock (SBN 241919)
aaron@jmlaw.com
JML LAW
5941 Variel Avenue
Woodland Hills, CA 91367
Telephone:  (818) 610-8800
Facsimile:  (818) 610-3030

Attorneys for Plaintiff
DANIEL MARRUJO

Joan E. Smiles (SBN 162529)
jsmiles@seyfarth.com
Jeffrey A. Berman (SBN 50114)
jberman@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone:     (310) 277-7200
Facsimile:     (310) 201-5219

Attorneys for Plaintiff
ADVENTIST HEALTH SYSTEM/WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MARRUJO,<br><br>              Plaintiff,<br><br>     vs.<br><br>ADVENTIST HEALTH SYSTEM/WEST a business entity; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. 1:13-cv-00282-AWI-JLT<br><br>**STIPULATION AND ORDER TO SUBMIT MATTER TO BINDING ARBITRATION AND TO STAY ACTION** |

Plaintiff Daniel Marrujo ("Marrujo" or "Plaintiff") and defendant Adventist Health System/West ("Adventist Health" or "Defendant"), through their respective counsel of record, stipulate and agree as follows:

WHEREAS, Marrujo was formerly employed by Adventist Health;

WHEREAS, Marrujo was terminated from his employment with Adventist Health on or about February 6, 2012;

WHEREAS, on or about February 26, 2013, Marrujo filed a Complaint against Adventist Health in the United States District Court, Eastern District of California, Case No. 1:13-cv-00282-AWI-JLT (the "Action");

WHEREAS, Defendant has not yet filed an answer, motion, petition to compel arbitration, or other responsive pleading to Marrujo's Complaint;

WHEREAS, during his employment with Adventist Health, Marrujo executed an agreement under which Adventist Health contends that (a) Marrujo agreed to final and binding arbitration of all of the claims Marrujo is purporting to or could assert in the Action against Defendant, and under which Defendant contends that (b) final and binding arbitration is the exclusive remedy for resolving any such claims (a copy of the agreement to arbitrate and Adventist Health's Grievance and Arbitration Procedures (the "Procedure") are attached hereto as Exhibit A, and which are incorporated herein by this reference);

WHEREAS, the parties have agreed to submit the claims Marrujo is purporting to or could assert against Defendant in this Action to final and binding arbitration pursuant to the parties' agreement to arbitrate, and have further agreed that the Court shall stay the Action until final determination of the arbitration proceedings;

Therefore, it is hereby STIPULATED AND AGREED by and between the parties hereto, by and through their respective counsel of record as follows:

1. The claims alleged against Adventist Health in Marrujo's Complaint (or in any other amendments thereto) shall be resolved through final and binding arbitration pursuant to Adventist Health's Arbitration Procedure;

2. The parties agree that the Court shall enter an order compelling Marrujo to arbitrate the claims he is purporting to or could assert against Adventist Health in this Action to final and binding arbitration pursuant to the parties' agreement to arbitrate, and the Court shall stay the Action until the final determination of the arbitration proceedings;

3. The parties confirm that, pursuant to Section No. 4 of the Arbitration Procedure, p. 4, "Scope of Arbitrator's Authority," the arbitrator has the authority to rule on Marrujo's two causes of action for declaratory and injunctive relief;

4. Subject to this Stipulation, by stipulating to this Order, neither Marrujo nor any Defendant waives any claims or defenses, whether substantive or procedural;

5. Signatures on this Stipulation may be transmitted by facsimile and/or electronically scanned and emailed copies with the same force and effect as originals; and

6. The Court may enter the following Order.

Dated:  April ___, 2013

**JML LAW**
Joseph Lovretovich
D. Aaron Brock


By: _____
    Joseph Lovretovich
    D. Aaron Brock
    Attorneys for Plaintiff Daniel Marrujo

Dated:  April ___, 2013

**SEYFARTH SHAW LLP**
Joan E. Smiles
Jeffrey A. Berman


By: _____
    Joan E. Smiles
    Attorneys for Defendant Adventist Health
    System/West

**ORDER**

Upon consideration of the foregoing Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. Plaintiff Daniel Marrujo is ordered to submit to final and binding arbitration the claims against Defendant Adventist Health System/West set forth in, or which could have been asserted in, his Complaint in this Action, pursuant to the terms of the parties' agreement to arbitrate;

2. The Action is stayed until the final determination of the arbitration proceedings.

IT IS SO ORDERED.

Dated:   April 23, 2013                        _____
                                                SENIOR DISTRICT JUDGE