1  Joseph M. Lovretovich (SBN 73403)
   jml@jmlaw.com
2  D. Aaron Brock (SBN 241919)
   aaron@jmlaw.com
3  JML LAW
   5941 Variel Avenue
4  Woodland Hills, CA 91367
   Telephone: (818) 610-8800
5  Facsimile: (818) 610-3030

6  Attorneys for Plaintiff
   DANIEL MARRUJO
7
   Joan E. Smiles (SBN 162529)
8  jsmiles@seyfarth.com
   Jeffrey A. Berman (SBN 50114)
9  jberman@seyfarth.com
   SEYFARTH SHAW LLP
10 2029 Century Park East, Suite 3500
   Los Angeles, California 90067-3021
11 Telephone: (310) 277-7200
   Facsimile: (310) 201-5219
12
   Attorneys for Plaintiff
13 ADVENTIST HEALTH SYSTEM/WEST

**FILED**
JUL 01 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MARRUJO,<br><br>    Plaintiff,<br><br>vs.<br><br>ADVENTIST HEALTH SYSTEM/WEST a business entity; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 1:13-cv-00282-AWI-JLT<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between plaintiff Daniel Marrujo, on the one hand, and defendant Adventist Health System West, on the other hand, through their respective counsel of record, that the above-entitled action be dismissed in its entirety, <u>with prejudice</u>, as to all defendants, pursuant to the provisions of Rule

---
STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(ii)]
15812539v.1

1 | 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs
2 | and attorneys' fees.
3 |
4 | Dated: June 27, 2013
5 |
6 |
7 |
8 |
9 |
10 | Dated: June 25, 2013
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

JML LAW
Joseph Lovretovich
D. Aaron Brock

By: _____
Joseph Lovretovich
D. Aaron Brock
Attorneys for Plaintiff Daniel Marrujo

SEYFARTH SHAW LLP
Joan E. Smiles
Jeffrey A. Berman

By: _____
Joan E. Smiles
Attorneys for Defendant Adventist
Health System/West

It is so Ordered, Dated: 7-1-13

_____
United States District Judge

2
STIPULATION AND DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(ii)]
15812539v.1